AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY, )<br>               Plaintiff, )<br>                                )<br>v.                                 )<br>                                )<br>OLD STAGE PARTNERS, LLC, and TRINITY )<br>BUILDERS, LLC,                         )<br>               Defendants. )| **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:07-CV-457-F** |

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the Plaintiff's Motion for Default Judgment is ALLOWED. The Clerk of Court is DIRECTED to enter default judgment against Defendants Old Stage Partners, LLC c/of Sedona Development, LLC and Trinity Builders, LLC, jointly and severally, in the amount of $161,815.23, along with costs.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **April 7, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Thomas M. Buckley
4011 WestChase Blvd., Suite 300
Raleigh, NC 27607

| | |
|---|---|
| April 7, 2009 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |